# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Applicant<br><br>v.<br><br>WILTON RANCHERIA d/b/a SKY RIVER CASINO,<br><br>Respondent. | No. 2:24-cv-1477-DB<br><br>**ORDER TO SHOW CAUSE** |

The National Labor Relations Board (the Board), by its General Counsel and by Kathleen Schneider, Regional Attorney for Region 20 of the Board (Region 20), having filed its Application for an order directing Wilton Rancheria d/b/a Sky River Casino (the Tribe or Respondent) to obey and comply with the subpoena duces tecum duly and properly served upon it, as set forth in said Application, and good cause appearing therefore,

IT IS ORDERED that Respondent appear before this Court at the United States Court House, 501 I Street, Sacramento, California, on the **28th** day **of June 2024, at 10:00 am**, and then and there show cause, if any there be, why an order of this Court should not issue directing BGM's custodian of records to appear before a Board Agent designated by the Regional Director for Region 20 at such time and place designated by said Regional Director and then and there produce the documents and give sworn testimony and answer any and all questions relevant and material to the documents set forth in Subpoena Duces Tecum B-1-1KRT1PN issued by the Board in Board Case 20-CA-331192 on February 7, 2024.

ORDER TO SHOW CAUSE                                                                                                           1

IT IS FURTHER ORDERED that Respondent file an Answer to the Application with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 450 Golden Gate Ave., Floor 3, Suite 3112, San Francisco, California, 94102 on or before the **21st** day of **June, 2024**, and that Applicant may file and serve a Reply to the Answer at least **two days** before the hearing.

IT IS FURTHER ORDERED that service of copies of this Order, the Application upon which it is issued, the Applicant's Memorandum in Support of this Application, and the proposed Order Requiring Obedience to Subpoenas lodged with the Court be made without delay upon Respondent in any manner provided in the Federal Rules of Civil Procedure by a United States Marshall, by an individual employed by the National Labor Relations Board, or by an individual designated by the National Labor Relations Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure and that proof of such service be filed herein.

Dated:  June 10, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/nlrb1477.osc.obedience