KATHLEEN C. SCHNEIDER, CA BAR 174058
MATTHEW C. PETERSON, CA BAR 244970, Counsel for Service
CECILY A. VIX, CA BAR 233151, Counsel for Service
National Labor Relations Board, Region 20
450 Golden Gate Ave.
Floor 3, Suite 3112
San Francisco, California 94102
Telephone Number: (628) 221-8877

Attorneys for Applicant

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Applicant<br><br>　　　　v.<br><br>WILTON RANCHERIA d/b/a SKY RIVER CASINO,<br><br>　　　　Respondent. | Civil No. 2:24-cv-01477-DB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　PLEASE TAKE NOTICE that subsequent to the filing of the Petition in this proceeding, and before an Answer has been filed, Respondent and Petitioner have entered into a settlement agreement resolving the issues underlying the Petition, Petitioner hereby dismisses the above-entitled proceeding pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

　　　EXECUTED AT San Francisco, California, this 18th day of June, 2024.

　　　　　　　　　　　　　　　　　　　/s/ *Matthew C. Peterson*_____
　　　　　　　　　　　　　　　　　　　Matthew Peterson
　　　　　　　　　　　　　　　　　　　Field Attorney, Region 20
　　　　　　　　　　　　　　　　　　　National Labor Relations Board

　　　　　　　　　　　　　　　　　　　Kathleen Schneider
　　　　　　　　　　　　　　　　　　　Regional Attorney, Region 20

NOTICE OF VOLUNTARY DISMISSAL　　　　　1

|   |   |
|---|---|
| 1 | National Labor Relations Board |
| 2 | |
| 3 | Jennifer Abruzzo<br>General Counsel<br>National Labor Relations Board |
| 4 | |
| 5 | Jill Coffman<br>Regional Director, Region 20<br>National Labor Relations Board |
| 6 | |
| 7 | Cecily Vix<br>Field Attorney, Region 20 |
| 8 | National Labor Relations Board |
| 9 | |
| 10 | Attorneys for Applicant<br>National Labor Relations Board |

NOTICE OF VOLUNTARY DISMISSAL        2